IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHARON HAGGERTY, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLUETRITON BRANDS, INC. AND NIAGARA BOTTLING, LLC,<br><br>Defendants. | Case No. 3:21-cv-13904<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION** *PRO HAC VICE* |

  This matter having come before the Court on the application of Dorsey & Whitney, LLP, attorneys for Defendant Niagara Bottling, LLC, with the consent of all parties, for the *pro hac vice* admission of Creighton R. Magid and Kent J. Schmidt, pursuant to L. Civ. R. 101.1;

  and the Court having considered the submissions in support of the application, which reflect that counsel satisfy the requirements set forth in L. Civ. R. 101.1(c)(1);

  and there being no opposition to this application;

  and for good cause shown;

  IT IS ON THIS **13th day of September**, **2021**

  ORDERED that the application for the *pro hac vice* admission of Creighton R. Magid and Kent J. Schmidt is **granted**;

  IT IS FURTHER ORDERED that Creighton R. Magid and Kent J. Schmidt shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting their standing at the bar of any court;

  IT IS FURTHER ORDERED that Creighton R. Magid and Kent J. Schmidt are deemed to consent to the appointment of the Clerk of the Court as agent upon whom service of process

may be made for all actions against counsel that may arise from counsel's participation in this matter;

IT IS FURTHER ORDERED that Creighton R. Magid and Kent J. Schmidt shall make payments to the New Jersey Lawyer's Fund for Client Protection, pursuant to N.J. Court Rule 1:28-2, for each year in which they represent the client in this matter;

IT IS FURTHER ORDERED that Creighton R. Magid and Kent J. Schmidt shall pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with L. Civ. R. 101.1(c)(3); and

IT IS FURTHER ORDERED that all terms of the Orders entered in this case, including all deadlines set forth therein, shall remain in full force and effect and no delay in discovery, motions, trial or any other proceeding shall occur because of the participation of counsel or their inability to be in attendance at proceedings.

_____
**DOUGLAS E. ARPERT**
**UNITED STATES MAGISTRATE JUDGE**

-**This Order terminates ECF No. 12**