UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

SHARON HAGGERTY, on behalf of herself and all other similarly situated,

    Plaintiff,

v.

BLUETRITON BRANDS, INC. AND NIAGARA BOTTLING, LLC,

    Defendants.

Case No. 3:21-cv-13904-ZNQ-DEA

### ORDER

Upon consideration of Defendants' March 27, 2023, letter; the Court's December 16, 2022 Order (ECF No. 38) and December 16, 2022 Opinion (ECF No. 37); and Plaintiff's failure to amend by the Court's January 15, 2023 deadline;

It is on this 28th day of March, 2023 hereby,

**ORDERED** that this action is dismissed with prejudice.

                                  Hon. Zahid N. Quraishi
                                  United States District Judge